# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

  At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 14th day of February, two thousand twenty-three.

Before:  Rosemary S. Pooler,
     Gerard E. Lynch,
     Raymond J. Lohier, Jr.,
      *Circuit Judges,*

_____

| | |
|---|---|
| Montgomery Blair Sibley, | **ORDER** |
|  Plaintiff - Appellant, | Docket No. 21-1986 |
| v. | |
| Chauncey J. Watches, solely in his official capacity as a New York Consolidated Laws, Penal Law 265.00 (10) Licensing Officer, | |
|  Defendant - Appellee. | |

_____

  Appellant, pro se, moves for a recall of the mandate, to consolidate this appeal with *Antonyuk v. Hochul* (No. 22-2908), and for a ruling on his itemized bill of costs.

  IT IS HEREBY ORDERED that the requests to recall the mandate and consolidate the appeal are DENIED. The request for a ruling on the bill of costs is DENIED as moot.

            For the Court:
            Catherine O'Hagan Wolfe,
            Clerk of Court

